UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PRIME INSURANCE COMPANY, INC.** *Complainant* | § § § § § § § § § § | Civil Action No. 2:22-CV 00139 |
| **VERSUS** | | Judge James D. Cain, Jr. |
| **TERRY GRAHAM TRUCKING, INC.** *Defendant* | | Magistrate Kathleen Kay |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Prime Insurance Company ("Prime"), who moves this Honorable Court for an order of dismissal of these proceedings with prejudice. Counsel for defendant, Terry Graham Trucking, Inc., has been contacted and does not oppose the relief requested in this motion.

**WHEREFORE**, Prime Insurance Company moves this Honorable Court for an order of dismissal of these proceedings with prejudice.

Respectfully Submitted,

*/s/ Randall A. Smith*
**RANDALL A. SMITH (#2117)**
**J. GEOFFREY ORMSBY (#24183)**
         -Of-
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: 504-525-2200
rasmith@smithfawer.com
gormsby@smithfawer.com

*Counsel for Prime Insurance Company*